IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAPTEC FINANCIAL GROUP, INC.,
24 Frank Lloyd Wright Dr.
Lobby 1, 4th Floor
Ann Arbor, Michigan 48106,

Plaintiff,

vs.

BAGGA ENTERPRISES, INC.,
121 Dickerson Road, Unit 6
North Wales, Pennsylvania 19454,

JAMUNA REAL ESTATE, LLC,
121 Dickerson Road, Unit 6
North Wales, Pennsylvania 19454,

UNITED MANAGEMENT SERVICES, INC.,
121 Dickerson Road, Unit 6
North Wales, Pennsylvania 19454,

-and-

WELCOME GROUP, INC.
121 Dickerson Road, Unit 6
North Wales, Pennsylvania 19454,

Defendants.

Civil Action No. 02-CV-2709

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as counsel for all plaintiffs in the above-captioned

-2-

matter.

                              Respectfully submitted,

                              David F. McCann
                              Pa. Attorney I.D. No. 87609
                              Pepper Hamilton LLP
                              3000 Two Logan Square
                              Eighteenth and Arch Streets
                              Philadelphia, PA  19103
                              215-981-4000

Dated: August 19, 2002

PHLEGAL: #1302169 v12 (rwrd12!.DOC)