IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC.,<br>24 Frank Lloyd Wright Dr.<br>Lobby l, 4th Floor<br>Ann Arbor, Michigan 48106,<br><br>           Plaintiff,<br><br>vs.<br><br>BAGGA ENTERPRISES, INC.,<br>121 Dickerson Road, Unit 6<br>North Wales, Pennsylvania 19454,<br><br>JAMUNA REAL ESTATE, LLC<br>121 Dickerson Road, Unit 6<br>North Wales, Pennsylvania 19454<br><br>UNITED MANAGEMENT SERVICES, INC.,<br>121 Dickerson Road, Unit 6<br>North Wales, Pennsylvania 19454,<br><br>           -and-<br><br>WELCOME GROUP, INC.<br>121 Dickerson Road, Unit 6<br>North Wales, Pennsylvania 19454,<br><br>           Defendants. | Civil Action No. 02-CV-2709 |

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF PENNSYLVANIA:
                            :SS
COUNTY OF PHILADELPHIA:

        David F. McCann, Esquire, being duly sworn, deposes and says, that he is the attorney for Plaintiff in the above-entitled action, that Summons and Complaint in this action were served on Defendants on May 14, 2002, that Defendants are not infants or incompetent, that

the parties entered into a Forbearance Agreement whereby Plaintiff agreed to wait until August 30, 2002, before continuing its pursuit of legal action, that such Forbearance Agreement has now expired and has not been extended, that the time within which the Defendants may answer or otherwise move as to the Complaint has expired and that Defendants have not answered or otherwise moved, that on September 13, 2002, Plaintiff moved for a default, that on September 24, 2002, the Court directed the Clerk of Court to enter default provided the requirements were met, that on September 25, 2002, the Clerk of court entered default (Attached as Exhibit A), that the amount due and owing is $371,701.66 as of September 27, 2002, plus interest at the rate of $328.16 per diem from that day forward, and that Defendant is entitled to injunctive relief concerning the collateral set forth in the Progress Payment Security Agreement (Attached as Exhibit C) and the Deed of Trust and Assignment of Leases and Rents (Attached as Exhibit D).

_____
Kevin W. Walsh
Pa. Attorney I.D. No. 32699
David F. McCann
Pa. Attorney I.D. No. 87609
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215-981-4000

Attorneys for Plaintiff

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 27th DAY OF September, '02

Loretta E. Kilgore

Notarial Seal
Loretta E. Kilgore, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Mar. 24, 2003
Member, Pennsylvania Association of Notaries

Dated: September 27, 2002