IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC., <br> 24 Frank Lloyd Wright Dr. <br> Lobby 1, 4th Floor <br> Ann Arbor, Michigan 48106, <br><br>     Plaintiff, <br><br> vs. <br><br> BAGGA ENTERPRISES, INC., <br> 121 Dickerson Road, Unit 6 <br> North Wales, Pennsylvania 19454, <br><br> JAMUNA REAL ESTATE, LLC <br> 121 Dickerson Road, Unit 6 <br> North Wales, Pennsylvania 19454 <br><br> UNITED MANAGEMENT SERVICES, INC., <br> 121 Dickerson Road, Unit 6 <br> North Wales, Pennsylvania 19454, <br><br>     -and- <br><br> WELCOME GROUP, INC. <br> 121 Dickerson Road, Unit 6 <br> North Wales, Pennsylvania 19454, <br><br>     Defendants. | Civil Action No. 02-CV-2709 |

## ORDER FOR DEFAULT JUDGMENT

AND NOW, this _____ day of _____, the default judgment of Defendants Bagga Enterprises, Inc., Jamuna Real Estate, LLC, United Management Services, Inc., and Welcome Group, Inc., in the above action is hereby entered pursuant to Federal Rule of Civil Procedure 55(b) for the reason that said Defendants have failed to plead or otherwise defend as

-2-

provided by court rules. An affidavit wherein that fact has been made to appear has been filed with the Court. IT IS HEREBY ORDERED THAT:

1. Judgment is entered against all defendants in the amount of $371,701.66 of September 27, 2002, plus interest at the rate of $328.16 per diem from that day forward.

2. Defendants are permanently enjoined from conveying, assigning, or otherwise dissipating the collateral covered by the Progress Payment Security Agreement (Attached as Exhibit C) and the Deed of Trust and Assignment of Leases and Rents (Attached as Exhibit D) and ordered to cooperate fully with Plaintiff to recover such collateral, and to pay all reasonable attorneys' fees and expenses, and court costs.

3. Defendants are ordered to file a full inventory and accounting of all property listed on the Progress Payment Security Agreement, including the location of the assets, the names and addresses of the purchasers of any assets, the items purchased by each, the amount received, and the disposition of the proceeds of any such sales.

BY THE COURT:

_____