IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | NOS.  02-2684 and 02-2709 |
| v. | : | |
| | : | |
| BAGGA ENTERPRISES, INC., et al. | : | |

**O R D E R**

AND NOW, this 12th day of May, 2003, it is **ORDERED** that the order filed on May 9, 2003 in civil action numbers 02-2684 and 02-2709 are **VACATED** as having been entered in the wrong civil action numbers inadvertently.

_____
LOWELL A. REED, JR., S.J.