IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC.<br><br>Plaintiff<br><br>v.<br><br>BAGGA ENTERPRISES, INC., et al.<br><br>Defendants | Civ. A. No.   2:02-CV-02709-LR |

**WITHDRAWAL/ENTRY OF APPEARANCE**

    Kindly withdraw the appearance of David F. McCann, Esquire, for BNY Asset Solutions, LLC as successor-in-interest for the plaintiff in the above captioned matter.

_____
David F. McCann

    Kindly enter the appearance of Matthew J. Swett, Esquire, for BNY Asset Solutions, LLC as successor-in-interest for the plaintiff in the above captioned matter.

_____
Matthew J. Swett

Dated: May 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Withdrawal/Entry of Appearance this 13th day of May, 2005, by United States Postal Service First Class Mail, Postage Pre-paid, upon the following:

Victor Lipsky, Esquire
Lipsky & Brandt
1101 Market Street, Suite 2820
Philadelphia, PA  19107

Attorney for Defendants Bagga Enterprises, Inc., Jamuna Real Estate, LLC, United Management Services, Inc. and Welcome Group, Inc.

and

PNC Bank, Garnishee
1316 Bethlehem Pike
Flourtown, PA  19031

Pro Se

and

Sovereign Bank, Garnishee
c/o Timothy J. Cooney
73 Old Dublin Pike
Doylestown, PA  18901

Pro Se

and

Henry R. Newton, Esquire
Herster, Newton & Murphy
127 North 4th Street
P.O. Box 1087
Easton, PA  18044-1087

Attorney for Garnishee, Lafayette Ambassador Bank

and

All First Bank, Garnishee
4830 Penn Avenue
Sinking Spring, PA  19608

Pro Se

and

Monica S. Matthews, Esquire
Spector, Gadon & Rosen, P.C.
7 Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA  19103

Attorney for Movant, Kushvnidar K. Bagga

_____
Matthew J. Swett
Counsel for Plaintiff
BNY Asset Solutions, LLC
Successor-in-Interest to Captec Financial
Group, Inc.